B6 Summary (Form 6 - Summary) (12/07)

```
FILED
July 28, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001986156
```

# United States Bankruptcy Court
## Eastern District of California, Sacramento Division

IN RE:                                                                    Case No. **2009-24547**

Nicholson, Laurence R. & Nicholson, Joyce V.                Chapter **7**

Debtor(s)

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 1,100,000.00 | | |
| B - Personal Property | Yes | 3 | $ 46,775.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 1,605,828.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 651,509.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 825.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 7,453.00 |
| TOTAL | | 17 | $ 1,146,775.00 | $ 2,257,337.00 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

1

# United States Bankruptcy Court
## Eastern District of California, Sacramento Division

IN RE:                                                                                       Case No. **2009-24547**

**Nicholson, Laurence R. & Nicholson, Joyce V.**                           Chapter **7**

Debtor(s)

## AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

IN RE Nicholson, Laurence R. & Nicholson, Joyce V.  Case No. 2009-24547
         Debtor(s)                                        (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | cash | C | 5.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account at Bank of America | C | 40.00 |
| | | checking and savings accounts with Wells Fargo Bank | C | 915.00 |
| | | Pay Pal Account | C | 166.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | 1 sofa, 1 love seat, 1 chaise, 1 coffee table, 1 end table, 1 TV, 1 stand, 1 DVD player, 2 beds, 1 dresser, 2 night stands, 1 small kiln, 3 book shelves, 2 china cabinets, 1 dining room table with 8 chairs, 2 patio tables with 5 chairs, 1 patio side table, 1 park bench, 1 BBQ, 5 lamps, 1 lounge chair, 7 throw rugs, 1 area rug, 1 desk with chair, 1 lap top computer, 1 printer, 1 filing cabinet, 1 washer, 1 dryer, 1 refrigerator, small kitchen appliances, dishes, linen, pots, pans, cutlery, flatware, glassware, china, tools to work around the house and in the yard, 2 storage cabinets, 1 generator, 1 power washer, 1 lawn mower, holiday decorations, knick knacks, 6 wall mirrors, | C | 4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | various books, prints, CDs, videos, photos, household decorations, 5 paintings from family member | C | 600.00 |
| 6. Wearing apparel. | | personal clothing | C | 500.00 |
| 7. Furs and jewelry. | | 1 gold ring with topaz, 1 gold wedding band, set of wedding rings with small diamonds, 1 gold chain, 2 gold pendants, costume jewelry, | C | 1,350.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 1 digital camera, 2 bicycles, 1 treadmill, art supplies, 1 craft table, | C | 500.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | debtor husband has term life insurance | C | 0.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401 K for husband has currently zero balance (although 2 years ago the debtor borrowed $25,000 from his 401 K and has the ability to pay it back.) | C | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 25 shares (50% ownership) in Applied Science Inc. (worthless). The corporation has $468,711 in assets - not counting equity. The total liability of the corporation is $860,726.00. Retained earnings of <$419.270)> | C | 19,949.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

IN RE Nicholson, Laurence R. & Nicholson, Joyce V.    Case No. 2009-24547
            Debtor(s)                                         (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1984 Nissan Pickup, apr. 96,000 miles with snow plow | C | 750.00 |
| | | 2004 Honda Pilot, apr. 65,000 miles | C | 10,000.00 |
| | | 2005 Lexus IS 300 (this car belongs to debtors' son. Debtor husband co-signed or guarantied the car loan. Debtors' name is not on the title. | C | 0.00 |
| | | 2005 Suburu Legacy, apr. 37,000 miles | C | 8,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 dogs | C | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 46,775.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

___0___ continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Nicholson, Laurence R. & Nicholson, Joyce V.       Case No. 2009-24547
           Debtor(s)                                          (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| cash | CCCP § 703.140(b)(5) | 5.00 | 5.00 |
| checking account at Bank of America | CCCP § 703.140(b)(5) | 40.00 | 40.00 |
| checking and savings accounts with Wells Fargo Bank | CCCP § 703.140(b)(5) | 915.00 | 915.00 |
| Pay Pal Account | CCCP § 703.140(b)(5) | 166.00 | 166.00 |
| 1 sofa, 1 love seat, 1 chaise, 1 coffee table, 1 end table, 1 TV, 1 stand, 1 DVD player, 2 beds, 1 dresser, 2 night stands, 1 small kiln, 3 book shelves, 2 china cabinets, 1 dining room table with 8 chairs, 2 patio tables with 5 chairs, 1 patio side table, 1 park bench, 1 BBQ, 5 lamps, 1 lounge chair, 7 throw rugs, 1 area rug, 1 desk with chair, 1 lap top computer, 1 printer, 1 filing cabinet, 1 washer, 1 dryer, 1 refrigerator, small kitchen appliances, dishes, linen, pots, pans, cutlery, flatware, glassware, china, tools to work around the house and in the yard, 2 storage cabinets, 1 generator, 1 power washer, 1 lawn mower, holiday decorations, knick knacks, 6 wall mirrors, | CCCP § 703.140(b)(3) | 4,000.00 | 4,000.00 |
| various books, prints, CDs, videos, photos, household decorations, 5 paintings from family member | CCCP § 703.140(b)(3) | 600.00 | 600.00 |
| personal clothing | CCCP § 703.140(b)(3) | 500.00 | 500.00 |
| 1 gold ring with topaz, 1 gold wedding band, set of wedding rings with small diamonds, 1 gold chain, 2 gold pendants, costume jewelry, | CCCP § 703.140(b)(4) | 1,350.00 | 1,350.00 |
| 1 digital camera, 2 bicycles, 1 treadmill, art supplies, 1 craft table, | CCCP § 703.140(b)(3) | 500.00 | 500.00 |
| 25 shares (50% ownership) in Applied Science Inc. (worthless). The corporation has $468,711 in assets - not counting equity. The total liability of the corporation is $860,726.00. Retained earnings of <$419.270)> | CCCP § 703.140(b)(5) | 19,949.00 | 19,949.00 |
| 1984 Nissan Pickup, apr. 96,000 miles with snow plow | CCCP § 703.140(b)(5) | 750.00 | 750.00 |
| 2005 Suburu Legacy, apr. 37,000 miles | CCCP § 703.140(b)(2) | 1,500.00 | 8,000.00 |