2

LAW OFFICE OF HELGA A. WHITE
Helga A. White, Bar No. 109462
310 Bridgeview Drive
Auburn, CA 95603
Tel. 530-885-4433
Fax. 530-236-8866
Email: helgawh@gotsky.com
ATTORNEY FOR LAURENCE AND JOYCE NICHOLSON

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In Re | ) CASE NO. 09-24547-D-7 |
| | ) MCN TAA-1 |
| | ) |
| Laurence R. Nicholson | ) Date: August 19, 2009 |
| and Joyce V. Nicholson | ) |
| | ) Time: 10 a.m. |
| Debtors | ) |
| | ) Dept.: D, Courtroom 34. |
| _____ ) | US Bankruptcy Court, 6th Floor |
| | 501 I Street, Sacramento, |
| | CA 95814. |

EXHIBITS FILED IN SUPPORT OF DEBTORS' OBJECTION TO TRUSTEE'S MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS

        Attached is the summary of Applied Science Inc.'s Accounts Payable which were referenced in the declaration of Laurence R. Nicholson and in the debtors' opposition.

Dated: August 3, 2009          LAW OFFICE OF HELGA A. WHITE

                               /S/ Helga A. White
                               Signature on file
                               By: _____
                                   Helga A. White, Attorney for
                                   Laurence and Joyce Nicholson

- 1 -

**Applied Science A/P: Summary**
As of July 31, 2009

| | TOTAL | |
|---|---|---|
| 3D-Cam | $945.38 | ** |
| AABB | $1,500.00 | |
| AABB | $3,660.00 | ** |
| Admiral Alarm & Electric | $228.00 | ** |
| ATT | $637.86 | |
| Blue Shield | $1,645.00 | |
| Det Norske Veritas | $8,960.72 | |
| Digi-Key Corp | $740.73 | |
| EDD | $49.64 | |
| Federal Express/NCO Financial | $2,217.46 | |
| Gomes, Blaise | $952.83 | ** |
| Groeger Special Tooling | $1,000.00 | |
| Hysell & Assoc. | $790.00 | ** |
| Intuit | $271.40 | ** |
| Kemcor Inc. | $566.86 | |
| MEI Research Corp | $6,539.16 | |
| Middleman Service/Ascentron | $13,756.41 | |
| Mouser Electronics | $2,698.00 | |
| Nevada County- Business Property Tax 2009 | $1,134.21 | |
| Nevada County Bus Prop Tax 2008 | $1,433.65 | |
| Nevada County Real Prop Tax 07/08 & 08/09 | $18,386.76 | |
| Nevada Irrigation District | $148.14 | ** |
| Odgers, Hillary | $5,972.01 | ** |
| Optical Polymers International | $1,107.47 | |
| Pacific Elec Intl/Silicon Valley Law Group | $14,190.00 | |
| Quick-Way Stampings | $434.07 | |
| Residence Inn Miami Airport | $346.74 | ** |
| UPS Supply Chain Solutions, Inc. | $1,870.85 | |
| USS Logistics | $556.83 | |
| Vielhauer, Ben | $48.00 | ** |
| XMPD | $12,738.92 | |
| **Total Short Term A/P** | **$105,527.10** | |

**Additional Debts**

| | | |
|---|---|---|
| Citizens Bank LOC | $281,788.00 | Est Balance as of 5/2009. May be higher |
| Citibank LOC | $265,745.97 | Est Balance as of 5/2009. May be higher |
| Citibank Credit Card | $19,875.68 | |
| Colonial Pacific Leasing Lawsuit | $140,084.16 | |
| **Total Credit Lines & Long Term Liabilities** | **$707,493.81** | |
| | | |
| **Total ASI Liabilities** | **$813,020.91** | |

NOTE: All balances may vary due to normal business activity and/or accounting errors